**Electronically Filed**
**Supreme Court**
**SCWC-14-0000456**
**16-FEB-2016**
**11:02 AM**

SCWC-14-0000456

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

MICHELE LINCOLN,
Petitioner/Plaintiff-Appellant-Appellant,

vs.

LAND USE COMMISSION, STATE OF HAWAI‘I;
WEST MAUI LAND COMPANY, INC.,
a domestic profit corporation;
KAHOMA RESIDENTIAL LLC,
a domestic limited liability company;
OFFICE OF PLANNING, STATE OF HAWAI‘I;
MAUI PLANNING DEPARTMENT, COUNTY OF MAUI;
WILLIAM SPENCE, Director of Planning
of the County of Maui; and ROUTH BOLOMET,
Respondents/Defendants/Appellees-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000456; CIV. NO. 13-1-0528)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant-Appellant Michele

Lincoln's Application for Writ of Certiorari, filed on January 6, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 16, 2016.

Rafael G. Del Castillo
and Lance D. Collins
for petitioner

James W. Geiger
for respondent West Maui
Land Company, Inc. and
Kahoma Residential LLC

Patricia Ohara and
Diane Erickson for
respondent Land Use
Commission, State of
Hawaiʻi

Bryan C. Yee for respondent
Office of Planning, State of
Hawaiʻi

Michael J. Hopper for
respondent Maui Planning
Department, County of Maui
and William Spence, Director
of Planning of the County of
Maui

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

